Robert S. Wagner, OSB #84411
David C. Lewis, OSB #95334
MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, OR 97210-3408
Telephone: (503) 299-6116
Facsimile: (503) 299-6106
E-mail: rsw@miller-wagner.com
        dcl@miller-wagner.com

FILED '07 SEP 27 12:13 USDC-ORP

Of Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ERIK PLAZA,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF GRESHAM, Police Chief CARLA PILUSO, Sergeant MICHAEL AMEND, Officer MATTHEW GALBREATH, Officer CHARLES SKEEHAN,<br><br>        Defendants. | Case No. CV'07-1442-HU<br><br>DEFENDANTS' NOTICE OF REMOVAL |

TO: Judges of the United States District Court for the District of Oregon;
Clerk of the Circuit Court of the State of Oregon for the County of Multnomah;
and Leah Greenwald and Benjamin Haile, Attorneys for Plaintiff

PLEASE TAKE NOTICE that defendants City of Gresham, Carla Piluso, Michael

Amend, Matthew Galbreath, and Charles Skeehan hereby remove this action from the

Circuit Court of the State of Oregon for the County of Multnomah, to the United States

Page 1 -   DEFENDANTS' NOTICE OF REMOVAL

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

Rec# 176416

District Court for the District of Oregon in Portland, Oregon.

1. On or about September 5, 2007 this action was filed against all defendants in the Circuit Court for the State of Oregon for the County of Multnomah entitled *Erik Plaza, Plaintiff, vs. City of Gresham, Police Chief Carla Piluso, Sergeant Michael Amend, Officer Matthew Galbreath, Officer, Charles Skeehan, defendants*, Multnomah County Circuit Court Case No. 0709-10071. A copy of the Summons and Complaint in this action are attached to this Notice and constitute all process, pleadings and orders received by defendants in that action up to the present date.

2. Defendants were served with the Summons and Complaint on September 7, 2007. This Notice of Removal is filed within 30 days after service of process of the Complaint.

3. This action is of a civil nature over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1343(a)(3) and 28 U.S.C. § 1331, in that plaintiff alleges constitutional civil rights violations and damages. Because 42 U.S.C. § 1983 provides the only means of challenging those alleged civil rights violations, the State Court action is removable.

WHEREFORE, defendants City of Gresham, Carla Piluso, Michael Amend, Matthew Galbreath and Charles Skeehan give notice of the removal of this action from

///

///

///

Page 2 -    DEFENDANTS' NOTICE OF REMOVAL

the Circuit Court of the State of Oregon for the County of Multnomah to this Court pursuant to 28 U.S.C. § 1441 and § 1446.

DATED this 27th day of September, 2007.

                MILLER & WAGNER LLP

                By: _____
                     David C. Lewis, OSB #95334
                     Of Attorneys for Defendants
                     (503) 299-6116

Trial Attorney:
    Robert S. Wagner, OSB #84411

Page 3 -    DEFENDANTS' NOTICE OF REMOVAL

MILLER & WAGNER LLP
Trial Lawyers
2210 N.W. Flanders Street
Portland, Oregon 97210-3408
(503) 299-6116

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

**CERTIFIED TRUE COPY**

ERIK PLAZA,

               Plaintiff,

vs.

CITY OF GRESHAM, Police Chief CARLA PILUSO, Sergeant MICHAEL AMEND, Officer MATTHEW GALBREATH, Officer CHARLES SKEEHAN.

               Defendants.

Case No. 0709-10071

**SUMMONS**

To:   City of Gresham
C/o City Attorney Susan G. Bischoff
1333 NW Eastman Parkway
Gresham, OR 97030

You are required to appear and defend the complaint filed against you in this matter within thirty (30) days from the date of service of this summons upon you. If you fail to do so, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

                                                     BENJAMIN HAILE
                                                     Oregon State Bar # 04066
                                                     Of Attorneys for Plaintiff(s)

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons and complaint in the above-entitled action. I hereby declare that the above is true to the best of my knowledge and belief. I understand that this document is made for use as evidence in court and is subject to penalty of perjury.

                                                       Attorney for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:

You are directed to serve a true copy of this summons, together with a true copy of the complaint, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed. You are further directed to make your proof of service on the reverse side of this summons or upon a separate similar document which you shall attach to this summons.

**Haile Greenwald LLP**
Attorneys for Petitioner(s)
620 SW Main, Suite 616
Portland, Oregon 97205
Telephone: (503) 224-3240
FAX: (503) 223-4518

                                                     Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

CERTIFIED TRUE COPY

ERIK PLAZA,

Plaintiff,

vs.

CITY OF GRESHAM, Police Chief CARLA PILUSO, Sergeant MICHAEL AMEND, Officer MATTHEW GALBREATH, Officer CHARLES SKEEHAN,

Defendants.

Case No. 0709-10011

SUMMONS

To: Police Chief Carla Piluso
Gresham Police Department
1333 NW Eastman Parkway
Gresham, OR 97030

You are required to appear and defend the complaint filed against you in this matter within thirty (30) days from the date of service of this summons upon you. If you fail to do so, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

_____
BENJAMIN HAILE
Oregon State Bar # 04066
Of Attorneys for Plaintiff(s)

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons and complaint in the above-entitled action. I hereby declare that the above is true to the best of my knowledge and belief. I understand that this document is made for use as evidence in court and is subject to penalty of perjury.

_____
Attorney for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:

You are directed to serve a true copy of this summons, together with a true copy of the complaint, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed. You are further directed to make your proof of service on the reverse side of this summons or upon a separate similar document which you shall attach to this summons.

Haile Greenwald LLP
Attorneys for Petitioner(s)
620 SW Main, Suite 616
Portland, Oregon 97205
Telephone: (503) 224-3240
FAX: (503) 223-4518

_____
Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

ERIK PLAZA,

                Plaintiff,

vs.

CITY OF GRESHAM, Police Chief CARLA PILUSO, Sergeant MICHAEL AMEND, Officer MATTHEW GALBREATH, Officer CHARLES SKEEHAN,

                Defendants.

Case No. 0709-10071

**SUMMONS**

CERTIFIED TRUE COPY

To: Sergeant Michael Amend
Gresham Police Department
1333 NW Eastman Parkway
Gresham, OR 97030

You are required to appear and defend the complaint filed against you in this matter within thirty (30) days from the date of service of this summons upon you. If you fail to do so, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

BENJAMIN HAILE
Oregon State Bar # 04066
Of Attorneys for Plaintiff(s)

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons and complaint in the above-entitled action. I hereby declare that the above is true to the best of my knowledge and belief. I understand that this document is made for use as evidence in court and is subject to penalty of perjury.

Attorney for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:

You are directed to serve a true copy of this summons, together with a true copy of the complaint, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed. You are further directed to make your proof of service on the reverse side of this summons or upon a separate similar document which you shall attach to this summons.

Haile Greenwald LLP
Attorneys for Petitioner(s)
620 SW Main, Suite 616
Portland, Oregon 97205
Telephone: (503) 224-3240
FAX: (503) 223-4518

Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

CERTIFIED TRUE COPY

ERIK PLAZA,

                Plaintiff,

vs.

CITY OF GRESHAM, Police Chief CARLA PILUSO, Sergeant MICHAEL AMEND, Officer MATTHEW GALBREATH, Officer CHARLES SKEEHAN.

                Defendants.

Case No. 0709-10071

SUMMONS

To:   Officer Matthew Galbreath  44158
       Gresham Police Department
       1333 NW Eastman Parkway
       Gresham, OR 97030

    You are required to appear and defend the complaint filed against you in this matter within thirty (30) days from the date of service of this summons upon you. If you fail to do so, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY**

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

                                                    _____
                                                    BENJAMIN HAILE
                                                    Oregon State Bar # 04066
                                                    Of Attorneys for Plaintiff(s)

STATE OF OREGON, County of Multnomah) ss.

    I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons and complaint in the above-entitled action. I hereby declare that the above is true to the best of my knowledge and belief. I understand that this document is made for use as evidence in court and is subject to penalty of perjury.

                                                      _____
                                                      Attorney for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:

    You are directed to serve a true copy of this summons, together with a true copy of the complaint, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed. You are further directed to make your proof of service on the reverse side of this summons or upon a separate similar document which you shall attach to this summons.

**Haile Greenwald LLP**
Attorneys for Petitioner(s)
320 SW Main, Suite 616
Portland, Oregon 97205
Telephone: (503) 224-3240
FAX: (503) 223-4518

                                                      _____
                                                      Attorney for Plaintiff

CERTIFIED TRUE COPY

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

ERIK PLAZA,

                              Plaintiff,

vs.

CITY OF GRESHAM, Police Chief CARLA PILUSO, Sergeant MICHAEL AMEND, Officer MATTHEW GALBREATH, Officer CHARLES SKEEHAN,

                              Defendants.

Case No. 0709-10071

SUMMONS

To:     Officer Charles Skeehan
         Gresham Police Department
         1333 NW Eastman Parkway
         Gresham, OR 97030

You are required to appear and defend the complaint filed against you in this matter within thirty (30) days from the date of service of this summons upon you. If you fail to do so, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

                                                      BENJAMIN HAILE
                                                        Oregon State Bar # 04066
                                                        Of Attorneys for Plaintiff(s)

STATE OF OREGON, County of Multnomah) ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons and complaint in the above-entitled action. I hereby declare that the above is true to the best of my knowledge and belief. I understand that this document is made for use as evidence in court and is subject to penalty of perjury.

                                                           Attorney for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:

You are directed to serve a true copy of this summons, together with a true copy of the complaint, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed. You are further directed to make your proof of service on the reverse side of this summons or upon a separate similar document which you shall attach to this summons.

Haile Greenwald LLP
Attorneys for Petitioner(s)
620 SW Main, Suite 616
Portland, Oregon 97205
Telephone: (503) 224-3240
FAX: (503) 223-4518

                                                           Attorney for Plaintiff

RECEIVED
SEP - 7 2007
GRESHAM CITY
ATTORNEY'S OFFICE

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| ERIK PLAZA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF GRESHAM, Police Chief CARLA PILUSO, Sergeant MICHAEL AMEND, Officer MATTHEW GALBREATH, Officer CHARLES SKEEHAN.<br><br>    Defendants. | Case No.: 0709-10071<br><br>COMPLAINT FOR SEIZURE BY EXCESSIVE FORCE IN VIOLATION OF THE FOURTH AMENDMENT, ABUSE OF PROCESS AND MALICOUS PROSECUTION<br><br>CLAIM SUBJECT TO MANDATORY ARBITRATION |

## INTRODUCTION

1.

On the evening of October 9, 2005 Erik Plaza attended a birthday celebration at a community center in the City of Gresham. The police were dispatched to the community center for a disturbance. Upon arrival, the police ordered the crowd to disperse. When Mr. Plaza was exiting the community center, he was beaten and arrested by Gresham Police officers. Mr. Plaza now brings claims for assault, battery and Constitutional violations.

2.

Mr. Plaza seeks to hold accountable the City of Gresham and the individual officers in the Gresham Police Department who committed these unlawful and unconstitutional acts against him.

Hulls Greenwald, LLP
600 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

1

# THE PARTIES

3.

At all material times the plaintiff, Erik Plaza (hereinafter Mr. Plaza), resided in Multnomah County, Oregon.

4.

Defendant the City of Gresham (hereinafter City) is a municipal entity within Multnomah County, organized under the laws of the State of Oregon with the capacity to sue and be sued. The City is the legal and political entity responsible for the actions of the Gresham Police Department and its officials. The Gresham Police Department is a department of city government of Defendant City and is the lead agency responsible for the deprivation of Mr. Plaza's constitutional rights. The City is sued in its own right and on the basis of the acts of its officials, agents, and employees, which were taken pursuant to improper training policies.

5.

At all material times Defendant Police Chief Carla Piluso (hereinafter Chief Piluso) was working under color of law for the City. Chief Piluso is the Chief of Gresham Police Department and is sued in her official capacity. Chief Piluso is the general manager of Gresham Police Department and is responsible for its administration, operation, and training.

6.

At all material times Defendant Sergeant Michael Amend (hereinafter Sgt. Amend) was working under color of law for the City with the Gresham Police Department. All events described herein occurred while Sgt. Amend was a supervisor on duty and working for the Gresham Police Department.

7.

At all material times Defendant Officer Matthew Galbreath (hereinafter Officer Galbreath) was working under color of law for the City with the Gresham Police Department.

Halls Greenwald, LLP
610 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

2

8.

At all material times Defendant Officer Charles Skeehan (hereinafter Officer Skeehan) was working under color of law for the City with the Gresham Police Department.

9.

At all times mentioned herein Sergeant Amend, Officer Galbreath and Officer Skeehan were acting in the course and scope of their employment pursuant to authority delegated or conferred by the City in doing or failing to do the things complained of herein. They are sued in their individual capacities.

## THE FACTS

10.

On the evening of October 9, 2005, Erik Plaza went to a birthday celebration located at 1512 SE Stark Street, which is a community center in Multnomah County, Oregon.

11.

The police were dispatched to the location for a disturbance. Upon arrival, the police ordered the crowd to disperse.

12.

As Mr. Plaza exited the building, an officer grabbed him and, as a result, broke his necklace, causing it to fall to the ground. Mr. Plaza received this necklace as a gift from his father and thus it has great sentimental value.

13.

When Mr. Plaza attempted to look on the ground for the necklace, Sergeant Amend applied pepper spray to his face. Sergeant Amend proclaimed that the need to apply pepper spray was because Mr. Plaza was not leaving the premises.

//

//

Halle Greenwald, LLP
610 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

8

14.

Officer Skeehan observed Sergeant Amend and Officer Galbreath with Mr. Plaza. Because Officer Skeehan feared other family members might get involved, he applied the taser to Mr. Plaza.

15.

At this point, Officer Galbreath pushed Mr. Plaza to the ground. Mr. Plaza's face was pinned against the rough pavement and his arms were stuck beneath him due to the pressure. Officer Galbreath then applied strikes to his chest and shoulder blade for allegedly physically resisting arrest, which he explained as "failing to comply with getting his hands up."

16.

As a result, Mr. Plaza suffered injuries. Specifically, Mr. Plaza had contusions, abrasions, bruises and swelling on the right side of his head and cheek; he had abrasions and swelling to his scalp; he had contusions, abrasions, bruises and swelling on his back; he had bruises, abrasions and swelling on both knees. In addition, Mr. Plaza experienced pain in his wrists from the handcuffs.

17.

Mr. Plaza violated no laws, presented no danger to the officers, and did not resist the officers at any time. The force they used against him was unreasonable and unlawful.

18.

Mr. Plaza was charged with Resisting Arrest, Disorderly Conduct and Criminal Trespass. On January 23, 2007, Mr. Plaza was acquitted of Resisting Arrest and Disorderly Conduct by a jury, and the Court dismissed the Criminal Trespass charge.

19.

The law states, for resisting arrest, that "'resists' means the use or threatened use of violence, physical force or any other means that creates a substantial risk of physical

Haile Greenwald, LLP
620 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

4

1 injury...Passive resistance does not constitute behavior intended to prevent being taken into
2 custody."

3                                               20.

4   At Mr. Plaza's criminal trial, the District Attorney asked Officer Galbreath about a risk of
5 injury, which is required under the law for the crime of resisting arrest, and he testified under
6 oath that the risk of injury was Mr. Plaza not leaving and not complying. He further testified that
7 there was a risk of injury to him because he had to "escalate force."

8                                               21.

9   As a result, Plaintiff suffered the economic and non-economic damages described below
10 in the paragraphs dedicated to All Claims.

11

12                                        **THE CLAIMS**

13                                   **FIRST CLAIM FOR RELIEF:**

14                            Fourth and Fourteenth Amendment; 42 U.S.C. § 1983

15                                              22.

16  Paragraphs 1 through 21 are incorporated by reference herein.

17                                              23.

18  At all times herein mentioned Sergeant Amend, Officers Skeehan and Galbreath were the
19 agents and employees of the Gresham Police Department, and in doing the things alleged herein,
20 were acting within the course and scope of their employment.

21                                              24.

22  The conduct of Sergeant Amend, Officers Skeehan and Galbreath in violently seizing Mr.
23 Plaza by pushing him into the rough pavement, hitting and tasing him, violated his right under
24 the Fourth Amendment to the United States Constitution to be free from excessive force when
25 being seized by public officials.

Halle Greenwald, LLP
620 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

                                                5

14-Sep-2007 09:52am   From-TRIDENT INSURANCE SERVICES   2103428193   T-690   P.009/013   F-607

25.

This conduct also constitutes summary punishment without due process of law, in violation of the Fourteenth Amendment.

26.

A cause of action for these violations of constitutional rights is provided by 42 U.S.C. § 1983.

27.

The actions of Defendants in violation of Mr. Plaza's constitutional rights were the direct and proximate cause of bodily injury, pain, suffering, mental distress, humiliation, loss of liberty, and legal expenses.

28.

Pursuant to 42 U.S.C. § 1983, Mr. Plaza claims compensatory damages from Sergeant Amend, Officers Skeehan and Galbreath; and compensatory damages from the City for violation of his constitutional rights under color of law.

29.

As a result, Plaintiff suffered the economic and non-economic damages described below in the paragraphs dedicated to All Claims.

### SECOND CLAIM FOR RELIEF:

### Abuse of Process; 42 U.S.C. § 1983

30.

Paragraphs 1 through 29 are incorporated by reference herein.

//
//
//

Faile Greenwald, LLP
620 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

6

31.

Sergeant Amend, Officers Skeehan and Galbreath had an ulterior purpose, unrelated to the process, when they arrested Mr. Plaza, which was to justify their own unlawful and unreasonable actions.

32.

To further this ulterior purpose, the officers intentionally, improperly, and maliciously initiated criminal process against the Plaintiff.

33.

As a result, Plaintiff suffered the economic and non-economic damages described below in the paragraphs dedicated to All Claims.

### THIRD CLAIM FOR RELIEF:

### Malicious Prosecution: 42 U.S.C. §1983

34.

Paragraphs 1 through 33 are incorporated by reference herein.

35.

Sergeant Amend, Officers Skeehan and Galbreath initiated the arrest and criminal charges against Mr. Plaza

36.

The criminal case was legally terminated in Mr. Plaza's favor.

37.

The arrest and criminal charges brought against him were without probable cause.

38.

The arrest and criminal charges brought against him were initiated with malice. There was an existence of a primary purpose other than that of securing an adjudication of the claim.

Haile Greenwald, LLP
620 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

7

1                                    39.

2    Mr. Plaza suffered a special injury. He was arrested and seized.

3                                    40.

4    As a result, Plaintiff suffered the economic and non-economic damages described below
5    in the paragraphs dedicated to All Claims.

6

7                         **FOURTH CLAIM FOR RELIEF:**

8         Constitutional Rights Violations by the City of Portland and Chief Piluso

9                   Due to Failure to Adequately Train and Supervise.

10

11                                   41.

12   Paragraphs 1 through 40 are incorporated by reference herein.

13                                   42.

14   The City and Chief Piluso, in her supervisory capacity as police chief, recklessly failed to
15   adequately supervise, train, and discipline other members of the Gresham Police Department
16   regarding public political demonstrations. The City and Chief Piluso have been deliberately
17   indifferent to the need for training.

18                                   43.

19   As a direct and proximate result of the failure of the City and Chief Piluso to properly
20   train, supervise and discipline officers, Mr. Plaza was deprived of his Fourth and Fourteenth
21   Amendment rights to be free from excessive force and summary punishment and his right to be
22   free from abuse of process.

23   ///

24   ///

25   ///

Haile Greenwald, LLP
620 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

44.

As a direct, proximate, and foreseeable result of the violation of the Plaintiff's constitutional rights, the Plaintiff suffered the physical and emotional injuries and humiliation described above.

45.

As a result, Plaintiff suffered the economic and non-economic damages described below in the paragraphs dedicated to All Claims.

**ALL COUNTS**

46.

Plaintiff is entitled to an award of attorneys fees and costs, pursuant to 42 U.S.C. §1988.

47.

Plaintiff suffered non-economic injury in the form of pain suffering, humiliation, and deprivation of constitutional rights worth $30,000.

48.

Plaintiff suffered economic damages in the form of medical expenses totaling $1771.42 and lost wages totaling $720.

49.

The Circuit Court of the State of Oregon for the County of Multnomah has jurisdiction of the all the above listed causes of action arising under federal and state law as a court of general jurisdiction.

50.

Plaintiff requests a trial by a jury of his peers on his claims for relief.

///

///

Haile Greenwald, LLP
C20 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

8

## PRAYER FOR RELIEF

WHEREFORE Plaintiff prays for judgment as follows:

    1. Findings and Orders against Sergeant Amend, Officer Skeehan and Officer Galbreath that they violated the protected constitutional rights of Plaintiff, causing him non-economic damages and economic damages;

    2. Findings and Orders that the municipal policies were defective as applied and caused Constitutional deprivations to be suffered by Plaintiff and injunctive relief is required to prevent recurring violations;

    3. An award of non-economic damages in an amount of $30,000;

    4. An award of economic damages for medical expenses in the amount of $1771.42 and for lost wages in the amount of $720.

    5. Plaintiff's costs, disbursements and attorney fees.

    6. Such other and further relief, including all appropriate equitable relief, as the Court may deem proper and just.

Dated this 5th day of September, 2007.

/s/ Leah Greenwald

Leah Greenwald OSB #04297
Haile Greenwald, LLP

/s/ Benjamin Haile

Benjamin Haile OSB #04066
Haile Greenwald, LLP

Haile Greenwald, LLP
620 SW Main Street, Suite 616
Portland OR 97205
(503)228-1889

10

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of September, 2007, I served the foregoing DEFENDANTS' NOTICE OF REMOVAL, on the following parties at the following addresses:

> Leah Greenwald
> Benjamin Haile
> Haile Greenwald, LLP
> 620 S.W. Main St., Suite 616
> Portland, Oregon 97205
>     Of Attorneys for Plaintiff

by mailing to them a true and correct copy thereof, certified by me as such, placed in a sealed envelope addressed to them at the address set forth above, and deposited in the U.S. Post Office at Portland, Oregon, on said day with postage prepaid.

_____
David C. Lewis, OSB #95334

Page 1 -    CERTIFICATE OF SERVICE